1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON KELLEGHAN, | CASE NO. CV 08-8458-GW (AGRx) |
| | *[Assigned to the Hon. George H. Wu, Courtroom 10]* |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER** |
| COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF LEE BACA; DEPUTY CEASAR ORTEGA; DOES 1 through 10, | |
| | **Complaint Filed: 12/22/08** |
| | **TRIAL DATE:    03/16/10** |
| Defendants. | |

The Parties' Stipulation and [Proposed] Protective Order has come before this Court.

The Court hereby grants the Parties' Request for Protective Order precluding publication and limiting the use of documents and information identified herein which contain confidential and privileged information:

1.    Information and/or documentation from the personnel file of Defendant CESAR ORTEGA (hereinafter "ORTEGA") maintained and compiled by the County of Los Angeles Sheriff's Department (hereinafter "LASD").

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax    (626) 243-1111

SMW\C:\TEMP\NOTESE1EF34\[PROPOSED] ORDER RE STIP RE PROTECTIVE ORDER (AMENDED).DOC

1

**[PROPOSED] ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER**

2. Information and /or documentation from the LASD Internal Affairs Bureau ("IAB") of ORTEGA relating to the allegations made by PLAINTIFF.

3. PLAINTIFF's medical and psychological records relating to treatment sought regarding the incident.

4. Incident and Supplemental Reports prepared by the Riverside Police Department regarding the incident which contains the identities of PLAINTIFF's minor children.

**IT IS ORDERED THAT:**

5. The information and/or documentation referred to in Paragraphs 1 through 4 will be referred to collectively as the "CONFIDENTIAL MATERIALS." The Court orders that the CONFIDENTIAL MATERIALS be released to the counsel for the respective parties for purposes of litigation in this matter. The parties and their respective counsel hereby stipulate that the CONFIDENTIAL MATERIALS shall be used in this litigation as follows:

    a. CONFIDENTIAL MATERIALS and the information contained therein shall be used solely in connection with this litigation and the preparation of this case, or any related appellate proceeding, and not for any other purpose, including any other litigation or administrative proceedings;

    b. CONFIDENTIAL MATERIALS produced in this action shall be designated by stamping each page of the document(s) as "Confidential;"

    c. Under no circumstances shall the CONFIDENTIAL MATERIALS, or the information contained therein, be retained, compiled, stored, used as a database, or disseminated, in any form, except for purposes of this litigated matter in accordance with this Protective Order or by further order of the court;

    d. COUNTY and ORTEGA reserve all objections, including but not

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

SMW\C:\TEMP\NOTESE1EF34\[PROPOSED] ORDER RE STIP RE PROTECTIVE ORDER (AMENDED).DOC

2

**[PROPOSED] ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER**

limited to the following objections: on grounds that particular documents are CONFIDENTIAL by the attorney-client and/or the attorney work product doctrine; official information privilege; are not likely to lead to the discovery of admissible evidence, and as such are not relevant to the causes of action raised by this lawsuit under Federal Rules of Civil Procedure, Rule 26(a)(1)(A)(B); and all remedies under the code, including the right to recess the deposition to bring a protective order before the Court;

e. PLAINTIFF reserves all rights and remedies under the Federal Rules of Civil Procedure and the Federal Rules of Evidence pertaining to discovery;

f. Defendant ORTEGA reserves all rights and remedies under the Federal Rules of Civil Procedure and the Federal Rules of Evidence pertaining to discovery;

g. CONFIDENTIAL MATERIALS and the information contained therein may not be disclosed, except as set forth in paragraph 5(h) below;

h. CONFIDENTIAL MATERIALS and the information contained therein may only be disclosed to the following persons:

i. Counsel for PLAINTIFF, counsel for ORTEGA, and counsel for COUNTY.

ii. Paralegal, law clerk, stenographic, clerical and secretarial personnel regularly employed by counsel referred to in paragraph 5(h)(i) above.

iii. Experts witnesses retained for the purposes of this litigation by counsel referred to in paragraph 5(h)(i) above.

iv. Court personnel, including stenographic reporters, necessary for the preparation and processing of this action.

**Collins Collins Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

    v. Any individual approved by the Court.

  i. CONFIDENTIAL MATERIALS shall not be divulged to any other person or entities, including the print, radio, television media;

  j. CONFIDENTIAL MATERIALS shall not be posted on the Internet or on any website;

  k. If CONFIDENTIAL MATERIALS are included in any papers to be filed in Court, such papers shall be labeled "Confidential – Subject to Court Order" and filed under seal pursuant to procedures set forth in Local Rule 79-5.1; and

  l. Nothing in paragraph 5(c) is intended to prevent authorized government officials for the County of Los Angeles from having access to the documents if they had access in the normal course of their job duties;

6. The Parties shall cause the substance of this Protective Order to be communicated and obtain agreement to abide by the Protective Order to each person whom CONFIDENTIAL materials are revealed in accordance with this order, and;

7. After completion of the judicial process in this case, including any appeals or other termination of this litigation, all CONFIDENTIAL MATERIALS produced by COUNTY under the provisions of this Order and copies thereof shall be destroyed or returned to the attorneys of record for COUNTY, Collins Collins Muir + Stewart LLP, 1100 El Centro Street, South Pasadena, CA 91030.

8. That any counsel, expert or consultant retained in the instant case or investigator retained by counsel for any party to this case, shall not disclose the CONFIDENTIAL MATERIALS or the information contained therein in any other court proceeding subject to further order of this court;

///

///

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

SMW\C:\TEMP\NOTESE1EF34\[PROPOSED] ORDER RE STIP RE PROTECTIVE ORDER (AMENDED).DOC

4

**[PROPOSED] ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER**

1  9. Provisions of this Order insofar as they restrict disclosure and the use of
2  material shall be in effect until further order of this Court.
3
4  DATED: November 6, 2009      _____
5                                The Honorable Alicia G. Rosenberg
6                                UNITED STATES MAGISTRATE JUDGE

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

*SMW\C:\TEMP\NOTESE1EF34\[PROPOSED] ORDER RE STIP RE PROTECTIVE ORDER (AMENDED).DOC*

5

**[PROPOSED] ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER**