Tomas A. Guterres, Esq. (State Bar No. 152729)
Catherine M. Mathers, Esq. (State Bar No. 221983)
Erin R. Dunkerly, Esq. (State Bar No. 260220)
COLLINS COLLINS MUIR + STEWART LLP
1100 El Centro Street
South Pasadena, CA  91030
(626) 243-1100 – FAX (626) 243-1111
Email:  cmathers@ccmslaw.com

Attorneys for Defendants COUNTY OF LOS ANGELES and COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

NO JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON KELLEGHAN,<br><br>           Plaintiff,<br><br>    vs.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF LEE BACA; DEPUTY CEASAR ORTEGA; DOES 1 through 10,<br><br>           Defendants. | CASE NO. CV 08-8458-GW (AGRx)<br>*[Assigned to the Hon. George H. Wu, Courtroom 10]*<br><br>**JUDGMENT GRANTING MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANTS COUNTY OF LOS ANGELES AND COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT**<br><br>**Complaint Filed:  12/22/08**<br><br>**TRIAL DATE:    None** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

The Motion for Summary Judgment of Defendants COUNTY OF LOS ANGELES and COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT (hereinafter collectively "COUNTY") came on regularly for hearing before this Court on March 15, 2010, the Honorable George H. Wu presiding.

///

*CAP\S:\GW\CIVIL\KELLEGHAN 08-8458\LA08CV08458GW-J.DOC*

1

**[PROPOSED] JUDGMENT GRANTING MOTION FOR SUMMARY JUDGMENT**

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax      (626) 243-1111

1  After considering the moving, opposing, and reply papers, the arguments of
2  counsel, and all other matters presented to and accepted by the Court, and having
3  ruled to grant COUNTY Defendants Motion for Summary Judgment,
4  **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment
5  is entered in favor of COUNTY, that the Plaintiff take nothing as to COUNTY, that
6  the action be dismissed as to COUNTY on the merits, and that COUNTY recover its
7  costs.

9  DATED: March 22, 2010  _____
10                          The Honorable George H. Wu

**Collins Collins Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

*CAP\S:\GW\CIVIL\KELLEGHAN 08-8458\LA08CV08458GW-J.DOC*

2

**[PROPOSED] JUDGMENT GRANTING MOTION FOR SUMMARY JUDGMENT**

**PROOF OF SERVICE**
**(CCP §§ 1013(a) and 2015.5)**

State of California,          )
                              ) ss.
**County of Los Angeles**     )

I am employed in the County of  ☒ **Los Angeles**  ☐ **Orange**, State of California. I am over the age of 18 and not a party to the within action; my business address is:

☒ 1100 El Centro Street, **South Pasadena**, California 91030.

☐ 750 The City Drive, Suite 400, **Orange**, CA 92868-4940

On this date, I served the foregoing document described as **[PROPOSED] JUDGMENT GRANTING MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANTS COUNTY OF LOS ANGELES AND COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in **South Pasadena/Orange**, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at: **South Pasadena/Orange,** California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in **South Pasadena/Orange**, California.

☐ **BY EXPRESS MAIL OR ANOTHER METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY**

☒ **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached Service List.

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☐ **(BY FACSIMILE)** - I caused the above-described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated on the attached Service List and the activity report(s) generated by facsimile number **(626) 243-1111 (So. Pasadena) or (714) 823-4101 (Orange)** indicated all pages were transmitted.

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on **March 17, 2010** at: **South Pasadena**, California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

VERONICA CHAVEZ

**Collins Collins Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

*CAP\S:\GW\CIVIL\KELLEGHAN 08-8458\LA08CV08458GW-J.DOC*

3

**[PROPOSED] JUDGMENT GRANTING MOTION FOR SUMMARY JUDGMENT**

**ALISON KELLEGHAN v. COUNTY OF LOS ANGELES, et al.**
**USDC Case No. CV 08-8458-GW (AGRx)**
**Our File No. 17137**

**SERVICE LIST**

| | |
|---|---|
| Lawrence M. Longo, Esq.<br>Frank J. Longo, Esq.<br>LONGO & LONGO, LLP<br>2800 28th Street, Suite 201<br>Santa Monica, CA 90405<br>(310) 314-1482 – FAX: (310) 314-1480<br>frankjlongo@yahoo.com<br>larrymlongo@yahoo.com<br>**ATTORNEYS FOR PLAINTIFF** | Glen E. Tucker, Esq.<br>LAW OFFICES OF GLEN TUCKER<br>1515 W. 190th Street<br>South Tower, Suite 565<br>Gardena, CA 90248<br>(310) 527-6660 – FAX: (310) 532-7395<br>glenetucker@yahoo.com<br>**ATTORNEYS FOR PLAINTIFF** |

Cesar Ortega, In Pro Se
P.O. Box 3011
Pomona, CA 91769
(626) 340-8374
ceslasd@gmail.com

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax    (626) 243-1111

*CAP\S:\GW\CIVIL\KELLEGHAN 08-8458\LA08CV08458GW-J.DOC*

4

**[PROPOSED] JUDGMENT GRANTING MOTION FOR SUMMARY JUDGMENT**